UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLIN BLACK, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV852 JCH |
| ) | |
| JEWISH CENTER FOR THE AGED ) | |
| and ARAMARK SENIOR LIVING ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon its review of the record. In an Order entered December 22, 2005, the Court ordered Plaintiff to show cause, in writing, no later than **Wednesday, January 4, 2006**, as to why she failed to appear for the December 22, 2005, hearing in this matter. (Doc. No. 21). The Court warned that failure to do so may result in the dismissal of Plaintiff's Complaint without prejudice. (Id.). To date, Plaintiff has not responded to the Court's show cause order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice, for failure to comply with Court Orders.

Dated this 12th day of January, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLIN BLACK, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV852 JCH |
| ) | |
| JEWISH CENTER FOR THE AGED ) | |
| and ARAMARK SENIOR LIVING ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is

**DISMISSED** without prejudice.

Dated this 12th day of January, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE