UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARLIN BLACK, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:05CV852 JCH |
| | ) |
| JEWISH CENTER FOR THE AGED | ) |
| and ARAMARK SENIOR LIVING | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant(s). | ) |

## ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated this 12th day of January, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE